PER CURIAM.
Affirmed. See Vernold v. State, 376 So.2d 1166 (Fla.1979); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Mills v. State, 840 So.2d 464 (Fla. 4th DCA 2003); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
LaROSE, SLEET, and LUCAS, JJ., Concur.